

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Memorial Park Medical Center, Inc.,  * Original Proceeding

No. 11-18-00320-CV  * November 29, 2018

* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Gray, C.J., sitting by assignment,
and Wright, S.C.J., sitting by
assignment)
(Willson, J., not participating)

This court has considered Relator's petition for writ of mandamus and request for injunctive relief, and we conclude that the petition should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the petition is dismissed.